*Submitted by:*
Rebecca L. Hill, USB# 06246
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111
Telephone:  (801) 323-5000
Facsimile:  (801) 355-3472
Email: rebecca.hill@chrisjen.com
*Attorneys for Plaintiffs American Economy Insurance Company and American States Insurance Company*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, an Indiana Corporation, and AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>AQUATHERM L.P. a Delaware limited partnership, AETNA NA L.C. f/k/a AQUATHERM NA L.C., a Utah Limited Liability Company, AQUATHERM, INC., a Utah corporation, KING COUNTY, a Washington municipal corporation, ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, and AMERICAN GUARANTEE LIABILITY INSURANCE COMPANY, a New York Corporation,<br>　　　　　Defendants. | **JOINT STATUS REPORT**<br><br>Case No.: 2:23-cv-00529-DB<br><br>Judge: David Barlow<br><br>Magistrate Judge:  Daphne A. Oberg |
| AQUATHERM L.P., AETNA NA L.C. f/k/a AQUATHERM NA L.C., AQUATHERM, INC.,<br><br>　　　　　Counterclaim Plaintiffs,<br>vs.<br><br>AMERICAN ECONOMY INSURANCE COMPANY and AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation<br><br>　　　　　Counterclaim Defendants. | |

Plaintiffs and Counterclaim Defendants American Economy Insurance Company ("AEIC") and American States Insurance Company ("ASIC") by and through their counsel of record, Defendants and Counterclaim Plaintiffs Aquatherm L.P., Aetna NA L.C. f/k/a/ Aquatherm NA LC, and Aquatherm, Inc. ("Aquatherm U.S. Distributors"), by and through their counsel of record, Defendant King County, by and through its counsel of record and Defendants Zurich American Insurance Company ("ZAIC") and American Guarantee Liability Insurance Company ("AGLIC"), by and through their counsel of record, respectfully submit the following Joint Status Report. In late April, counsel for the Aquatherm U.S. Distributors informed the Court that the parties had reached a settlement with respect to the claims made in this declaratory judgment action and the claims which King County asserted and obtained a judgment against the Aquatherm Distributors lawsuit filed in the Superior Court of the State of Washington, King County, styled *King County v. Aquatherm GMBH et al*, Case No. 19-2-07910-0 SEA ("Underlying Suit") which is on appeal. The settlement agreements are either in final form or nearly in final form, and it is anticipated that the settlement agreements will be fully executed and the settlement is fully funded within the next forty-five day period. The parties anticipate that their counsel will file a Stipulated Motion to Dismiss this action with prejudice and proposed Order of Dismissal for the Court's review and consideration on or before August 23, 2024.

Dated this  9th  day of July, 2024.

                CHRISTENSEN & JENSEN

                 */s/ Rebecca L. Hill*
                Rebecca L. Hill

                *Attorneys for Plaintiffs American Economy Insurance Company and American States Insurance Company*

                SPENCER FANE, LLP

                 */s/ Richard A. Vazquez*
                Richard A. Vazquez

                COUGHLIN MIDLIGE & GARLAND LLP
                Suzanne Midlige
                William J. Metcalf

                *Attorneys for Defendants Zurich American Insurance Company and American Guarantee Liability Insurance Company*

                BRYAN CAVE LEIGHTON PAISNER, LLP

                 */s/ Randall T. Thomsen*
                Randall T. Thomsen
                Ariel Martinez

                Julianne P. Blanch
                PARSONS BEHLE & LATIMER

                *Attorneys for Defendant King County*

          JAMES DODGE RUSSELL & STEPHENS, P.C.

          */s/ Mitchell A. Stephens*
          Mitchell A. Stephens

          GORDON TILDEN THOMAS & CORDELL, LLP
          Franklin D. Cordell
          Greg D. Pendelton
          Katherine S. Wan

          *Attorneys for Aquatherm L.P. AETNA NA L.C.*
          *f/k/a Aquatherm NA L.C. and Aquatherm, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2024, either myself or my assistant electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

          */s/ Rebecca L. Hill*