*Submitted by:*

Rebecca L. Hill, USB# 06246
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile:  (801) 355-3472
Email: rebecca.hill@chrisjen.com
*Attorneys for Plaintiffs American Economy Insurance Company and American States Insurance Company*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH - CENTRAL DIVISION**

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, an Indiana Corporation, and AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AQUATHERM L.P. a Delaware limited partnership, AETNA NA L.C. f/k/a AQUATHERM NA L.C., a Utah Limited Liability Company, AQUATHERM, INC., a Utah corporation, KING COUNTY, a Washington municipal corporation, ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, and AMERICAN GUARANTEE LIABILITY INSURANCE COMPANY, a New York Corporation,<br><br>Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>CASE NO. 2:23-cv-00529-DAO<br><br>Judge: David Barlow<br>Magistrate Judge: Daphne A. Oberg |

Based on Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their separate counsel of record, stipulate and move for dismissal of the above-captioned action, including all causes of action asserted directly or by way of crossclaim or counterclaim, with prejudice.  Each party shall bear their own attorneys' fees and costs.

1

DATED this 20th day of August, 2024.

           CHRISTENSEN & JENSEN, P.C.

           /s/ *Rebecca L. Hill*
           Rebecca L. Hill

           *Attorneys for Plaintiffs American Economy Insurance Company, and American States Insurance Company*

           GORDON TILDEN THOMAS & CORDELL LLP

           /s/ *Franklin D. Cordell*
           (submitted with permission)
           Franklin D. Cordell, *pro hac vice*
           Greg D. Pendleton, *pro hac vice*
           Katherine S. Wan, *pro hac vice*

           JAMES DODGE RUSSELL & STEPHENS, P.C.
           Mitchell A. Stephens
           Dillon P. Olson

           *Attorneys for Defendants Aquatherm L.P., Aetna NA L.C. f/k/a Aquatherm NA L.C.*

           SPENCER FANE, LLP

           /s/ *Richard A. Vazquez*
           Richard A. Vazquez, Esq.
           (submitted with permission)

           COUGHLIN MIDLIGE & GARLAND LLP
           Suzanne C. Midlige, Esq. (admitted *pro hac vice*)
           Noah M. Wiesner, Esq. (admitted *pro hac vice*)

           *Attorneys for Defendants Zurich American* **Insurance Company and American Guarantee and Liability Insurance Company**

BRYAN CAVE LEIGHTON PAISNER LLP

/s/ *Randall T. Thomsen*
Randall T. Thomsen, (*admitted pro hac vice)*
Ariel A. Martinez, (*admitted pro hac vice*
(submitted with permission)

PARSONS BEHLE & LATIMER
Julianne P. Blanch

***Attorneys for Defendants King County***